# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Aaron Eason<br>USMS# _____ PLAINTIFF<br>DEFENDANT | CASE NUMBER: 18MJ2791-4<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 10/28/2018, 1:55 ☐ AM ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:

    18 USC 2101, 371

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☑ No ☐ Yes Language: _____

7. Year of Birth: 1980

8. Defendant has retained counsel: ☑ No
    ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: Devin

10. Remarks (if any): _____

11. Name: Shane Andersen (please print)

12. Office Phone Number: 310-569-5583     13. Agency: FBI

14. Signature: /s/     15. Date: 10/29/18

CR-64 (05/18)     REPORT COMMENCING CRIMINAL ACTION