# EXHIBIT 3



EXHIBIT 4

