JOHN NEIL McNICHOLAS, ESQ.
STATE BAR #138304
McNicholas Law Office
464 Palos Verdes Blvd.
Redondo Beach, CA 90277
(310) 545-0780
(310) 546-6831 - FAX
Email:john@mcnicholaslawoffice.com
Attorney for Defendant,
AARON EASON

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON EASON,<br><br>    Defendant. | Case No. CR 18-00759-CJC-4<br>18MJ02791<br><br>STIPULATION TO ADVANCE POST INDICTMENT ARRAIGNMENT HEARING<br><br>Current PIA Hearing:<br>Date: November 9, 2018<br>Time: 11:00 a.m.<br>Proposed PIA Hearing:<br>Date: November 8, 2018<br>Time: Any |

    Defendant, Aaron Eason, by and through his attorney of record, John Neil McNicholas, and United States of America, by and through its attorney of record, Assistant United States Attorney David T. Ryan, hereby stipulate that the post indictment arraignment in this matter currently scheduled to take place on November 9, 2018, be advanced to a date on or before, November 8, 2018.

    This Stipulation is made and based upon the following reasons:

1. Defense counsel has a conflict which requires him to be out of the District on November 9, 2018.

2. Defense counsel has conferred with Assistant United States Attorney David T. Ryan, who does not object to advancing the arraignment hearing in this matter.

3. Aaron Eason is currently in custody at the Metropolitan Detention Center in Los Angeles and concurs in this request.

IT IS SO STIPULATED.

McNICHOLAS LAW OFFICE

DATED: November 5, 2018       /s/
JOHN NEIL McNICHOLAS, Attorney For AARON EASON

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD,
Assistant United States Attorney Chief,
DAVID T. RYAN

DATED: November 5, 2018       /s/
DAVID T. RYAN,
Assistant United States Attorney
Attorney for United States of America