NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
JOHN NEIL McNICHOLAS, ESQ.
464 Palos Verdes Blvd
Redondo Beach, CA 90277
310-545-0780
310-546-6831-fax
john@mcnicholaslawoffice.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. AARON EASON, DEFENDANT. | CASE NUMBER: CR 18-00759-CJC-4; 18MJ02791 |
|---|---|
| | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Aaron Eason that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Rozella A. Oliver by order dated: 11/02/2018

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

The magistrate judge did not consider the fact that Mr. Eason's slight delay in surrendering (Fri-Sun) was at the advice of counsel. At the time of the detention hearing, defense counsel had not yet conferred with the organizer of pro-Trump events, who asked Mr. Eason for his assistance in keeping order at pro-Trump and pro-free speech rallies. The new information, as well as videos of Mr. Eason while at these events, strongly represent that he is not a danger to the community.

Relief sought *(be specific)*:

Mr. Eason and his counsel believe that many conditions can be imposed to assure the Court that Mr. Eason, who at age 38 had never been arrested prior to this case, is neither a flight risk nor a danger to the community. Video footage from the subject rallies demonstrates that Mr. Eason is not a violent person. Mr. Eason seeks to be released to house arrest after posting a bond and will submit to intensive pretrial supervision.

Counsel for the defendant and plaintiff United States Government consulted on 11/05/18 and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation on 11/05/2018.

An interpreter is ☐ required ☑ not required. Language English
Defendant is ☑ in custody ☐ not in custody.

| November 5, 2018 | /s/ John Neil McNicholas for Aaron Eason |
|---|---|
| Date | Moving Party |